O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7379 AHM (VBKx) | Date | June 6, 2008 |
|---|---|---|---|
| Title | KEITH CHUNG v. CITY OF LOS ANGELES, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

    Defendants Brand Security Corporation and Heather Holdridge have moved to dismiss the second cause of action in Plaintiff Keith Chung's First Amended Complaint ("FAC"). The second cause of action alleges violations of 42 U.S.C. § 1985. Plaintiff filed a two-page opposition in which he agreed that the motion is well-founded and requested leave to amend, but he mistakenly referred to the second cause of action as a 42 U.S.C. § 1983 claim. In any event, Defendants' motion is meritorious because Plaintiff failed to allege a racial or other class-based, invidiously discriminatory animus in support of his section 1985 claim. *See United Broth. of Carpenters and Joiners of Am., Local 610, AFL-CIO v. Scott*, 463 U.S. 825, 834 (1983), *citing Griffin v. Breckenridge*, 403 U.S. 88, 102 (1971). Therefore, the Court GRANTS Defendants' motion and DISMISSES the second cause of action in the FAC without prejudice.[1] Plaintiff may file an amended complaint addressing the deficiency in the second cause of action by no later than June 16, 2008. Failure to amend the complaint by that date will result in the dismissal of that claim with prejudice.

    No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 19.