O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7379 AHM (VBKx) | Date | December 23, 2008 |
|---|---|---|---|
| Title | KEITH CHUNG v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

     The Court regrets that due to the press of other business it has not yet adjudicated the three pending motions for summary judgment in this matter. In light of those motions the Court VACATES the pre-trial and trial dates, and ORDERS that the parties not file any additional papers related to the trial. The Court also ORDERS that for any noticed motions that have already been filed the parties must complete briefing on the regular schedule. The Court will turn to the pending motions as soon as it is able.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |