O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7379 AHM (VBKx) | Date | January 28, 2009 |
|---|---|---|---|
| Title | KEITH CHUNG v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

On December 8, 2008, Plaintiff filed a motion in limine to exclude Defendants' expert witness testimony. The Court DENIES Plaintiff's motion in its entirety.[1]

On January 23, 2009, Plaintiff filed an ex parte application to continue the expert discovery cut-off date. The Court GRANTS this application.[2] The expert discovery cutoff is now February 20, 2009.

:

Initials of Preparer   se

---

[1] Docket No. 109.

[2] Docket No. 152.