FILED
CLERK, U.S. DISTRICT COURT
AUG 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CHUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. CV 07-7379 RT (VBKx)<br><br>RJT<br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS INTELLECTUAL PROPERTY ENFORCEMENT COMPANY AND CARLOS FERNANDEZ<br><br>TRIAL: June 26, 2012<br>Time: 9:00 A.M.<br>Crtrm.: 22 |

## RJT [Proposed] JUDGMENT

On _June 28_, 2012, this Court granted Defendants Intellectual Property Enforcement Company and Carlos Fernandez's (collectively, "IPEC") Motion for Judgment as a Matter of Law, pursuant to *Federal Rule of Civil Procedure* Rule 50(a), and ordered entry of judgment as to all of the Causes of Action asserted against IPEC in Plaintiff Keith Chung's Second Amended Complaint.

For the reasons set forth in the Court's Order (ECF No. ___), IPEC is entitled to judgment in their favor.

///
///
///

805039.1

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. ~~All of the causes of action asserted~~ Plaintiff shall take nothing by his Second Amended Complaint against IPEC, RJT ~~namely for Conversion and Negligence, are dismissed with prejudice as to IPEC, and Plaintiff shall take nothing thereby.~~ RJT

2. IPEC is ~~the~~ a prevailing party in this action. RJT

3. Requests for costs may be made by application to the Clerk of the Court.

~~4.~~ RJT  IPEC shall recover from Plaintiff costs of suit in the sum of $_____.

DATED: 8/22/12

*Robert J. Timlin* (signature)
Robert Timlin
United States District Court Judge

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

805039.1

2