FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CHUNG, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES; KATHRYN PASCHAL; HECTOR GUTIERREZ; ALAN KRITZMAN, SAUL PAREDES; ROLANDO SOLANO; BRAND SECURITY CORPORATION; INTELLECTUAL PROPERTY ENFORCEMENT COMPANY; HEATHER HOLDRIDGE; CARLOS FERNANDEZ; JOHN FERNANDEZ AND DOES 1 to 10, Inclusive, <br><br> Defendants. | CASE NO. CV07-7379 RT (VBKx) <br><br> RYT <br> [~~Proposed~~] **ENTRY OF JUDGMENT** |

# [Proposed] ENTRY OF JUDGMENT

On JUNE 28, 2012, this Court granted Defendants Brand Security Corporation's and Heather Holdridge's (collectively, "Brand Security") Motion for Judgment as a Matter of Law, pursuant to *Federal Rule of Civil Procedure* Rule 50(a), and ordered entry of judgment as to all of the claims asserted against Brand Security in Plaintiff Keith Chung's Second Amended Complaint.

For the reasons set forth in the Court's Order (ECF No. ___), Brand Security is entitled to judgment in its favor.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. ~~Plaintiff shall take nothing by his Second Amended Complaint against Brand Security, and Plaintiff's conversion and negligence claims are dismissed with prejudice.~~ [RYT]

2. Brand Security is ~~the~~ a [RYT] prevailing party in this action.

3. Requests for costs may be made by application to the Clerk of the Court.

DATED: August 22, 2012

/s/ Robert J. Timlin
Hon. Robert Timlin
United States District Court Judge